UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZAHRA QUBADI,<br><br>   Plaintiff,<br><br>   v.<br><br>RENA BITTER, et al.,<br><br>   Defendants. | No. 2:25-cv-00500-MWC-JPR<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND FOR REMOTE APPEARANCE (DKT. 34)** |

For good cause shown, the parties' stipulation is granted.

1. The August 15, 2025, scheduling conference shall be continued to September 5, 2025, at 1:30 p.m.
2. The parties shall file the Joint Rule 26(f) Report by end of day August 22, 2025.
3. The scheduling conference will be held remotely.

**IT IS SO ORDERED.**

Dated: August 12, 2025

_____
HON. MICHELLE WILLIAMS COURT
United States District Judge

1