UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZAHRA QUBADI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RENA BITTER, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-500-MWC-JPR<br><br>**ORDER DENYING FEDERAL DEFENDANTS' EX PARTE APPLICATION FOR A STAY OF THE ENTIRE CASE DUE TO THE LAPSE OF APPROPRIATIONS**<br><br>Honorable Michelle Williams Court<br>United States District Judge |

1     Before the Court is Rena Bitter, *et al.*'s ("Federal Defendants") Ex Parte Application for a Stay of the Entire Case Due to the Lapse of Appropriations. Having considered the Application, and finding a lack of good cause given that the subject of the complaint is the need to adjudicate a pending visa petition, the Court **DENIES** the Application.

    **IT IS SO ORDERED.**

Dated: October 30, 2025

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

1